IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARIE WILSON,                  )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         2:07cv462-MHT
                               )
STATE OF ALABAMA, et al.,      )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 3) is granted.

DONE, this the 1st day of June, 2007.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE