IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARIE WILSON,                    )
                                 )
        Plaintiff,               )
                                 )        CIVIL ACTION NO.
        v.                       )          2:07cv462-MHT
                                 )
STATE OF ALABAMA, et al.,        )
                                 )
        Defendants.              )

                              ORDER

        It is ORDERED that the motion to withdraw (Doc. No.

10) is granted.

        DONE, this the 25th day of June, 2007.


                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE