**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARIE WILSON,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv  462-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 7], requiring the

parties to jointly prepare a statement concerning representation, the following is submitted:

**A.    Defendants remaining in the case:**

1. Alabama Department of Economic and Community Affairs

2. Bill Johnson, Director of Alabama Department of Economic and Community
   Affairs

3. State Personnel Department

4. Jackie Graham, Director of the State Personnel Department

**B.    Attorneys in the case:**

1. Russell W. Adams

2. Rocco Calamusa, Jr.

3. Willie J. Huntley, Jr.

4.  Alice Ann Byrne

**C.**     **Representation of parties:**

Plaintiff:                                          Attorneys

Marie Wilson                              Russell W. Adams
                                                    Rocco Calamusa, Jr.


Defendants:                                   Attorneys

State Personnel Department        Alice Ann Byrne

Jackie Graham, Director              Alice Ann Byrne

Alabama Department of Economic   Willie J. Huntley, Jr.
and Community Affairs

Bill Johnson, Director                 Willie J. Huntley, Jr.


The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties.  The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period.  The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.


    __/s/  Russell W. Adams_____
    RUSSELL W. ADAMS (ASB 3760-A62R)
    Attorney for Plaintiff


Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North

Birmingham, AL  35203-3204
(205) 314-0500

  /s/   Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Don Siegleman,
State Personnel Department, and Jackie
Graham, Director of State Personnel
Department

Address of Counsel:
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street ~ Suite 316
Folsom Administrative Bldg.
Montgomery, Alabama 36130
(334) 242-3450

  /s/   Willie J. Huntley, Jr.
WILLIE J. HUNTLEY, JR. (HUN 009)
Attorney for Defendants
Alabama Department of Economic and
Community Affairs, and
Bill Johnson, Director

Address of Counsel:
THE HUNTLEY FIRM, P.C.
708 Government Street
Mobile, AL  36602
(334) 242-7300