IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 07-cv-462-MHT |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **CONFLICT DISCLOSURE STATEMENT**

Defendants State of Alabama Department of Economic and Community Affairs and Bill Johnson, in his official capacity as Director of ADECA, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

    1.    Defendant Alabama Department of Economic and Community Affairs is a governmental entity; and

    2.    Defendant Bill Johnson is an individual.

Respectfully submitted, this 31st day of August, 2007.

        /s/ Willie J. Huntley, Jr._____
        WILLIE J. HUNTLEY, JR. (HUNTW5746)
        Attorney for Defendants Alabama
        Department of Economic and
        Community Affairs and Bill Johnson,
        Its Director

        THE HUNTLEY FIRM, P.C.
        Post Office Box 370
        Mobile, Alabama 36602
        (251) 434-0007
        (251)434-0086 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203-3204


        /s/ Willie J. Huntley, Jr.\_\_\_\_
        Of Counsel