IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARIE WILSON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 07-CV-462-MHT |
| | * |
| **ALABAMA DEPARTMENT OF** | * |
| **ECONOMIC AND COMMUNITY** | * |
| **AFFAIRS,** *et al.*, | * |
| | * |
| Defendant. | * |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Marie Wilson, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Ms. Wilson is currently employed by the federal government and does not wish to pursue this claim.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Willie J. Huntley, Jr.
Post Office Box 370
Mobile, Alabama 36601
251-434-0007
251-434-0086-facsimile
huntfirm@bellsouth.net

      /s/ Russell W. Adams
      OF COUNSEL